# United States District Court for the Northern District of Illinois

Case Number: 08CV3586                    Assigned/Issued By: daj

Judge Name: MANNING                      Designated Magistrate Judge: NOLAN

## FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00
                [ ] IFP          [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                 Receipt #: 2879843

Date Payment Rec'd: 06/23/08        Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                                 [ ] Alias Summons

[ ] Third Party Summons                     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons            [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons      _____
                                            _____
[ ] Citation to Discover Assets             (Victim, Against and $ Amount)

[ ] Writ _____
      (Type of Writ)

 1  Original and  0  copies on  06/23/08  as to  DEF.  _____
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05