IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 08 C 3586 ) |
| WILL COUNTY RECYCLING, INC., | ) Judge Manning ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To:  Robert J. Pruim                       Chuck Bretz
     1515 South Prairie #1110              Chuck Bretz & Associates, P.C.
     Chicago, IL 60605                     58 N. Chicago Street, 2nd Floor
                                           Joliet, Illinois 60432

PLEASE TAKE NOTICE that on Thursday, September 4, 2008, at 11:00 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Manning in Courtroom 2125, the Courtroom usually occupied by her in the United States District Courthouse, 219 South Dearborn Street Chicago, IL 60604, and present Plaintiffs' Motion for Default and to Compel an Audit, a copy of which is served upon you.

                                           /s/ Josiah A. Groff
                                           One of plaintiffs' attorneys

Allison, Slutsky & Kennedy, P.C.,
230 West Monroe Street
Suite 2600
Chicago, IL 60606
(312) 364-9400

August 21, 2008

## CERTIFICATE OF SERVICE

    I, Josiah A. Groff, an attorney, state that I sent the Notice of Motion and Plaintiffs' Motion for Default and to Compel an Audit, to the individuals it is directed at the address stated below with proper postage prepaid on the 22nd day of August 2008 from the United States Postal Service Post Office at 230 West Monroe Street, Chicago, IL 60606.

| | |
|---|---|
| Robert J. Pruim | Chuck Bretz |
| 1515 South Prairie #1110 | Chuck Bretz & Associates, P.C. |
| Chicago, IL 60605 | 58 N. Chicago Street, 2nd Floor |
| | Joliet, Illinois 60432 |

                                                    /s/ Josiah A. Groff